No. 381, Misc.   McCANN ET AL. *v.* CLARK, ATTORNEY GENERAL;

No. 395, Misc.   STEINBERG *v.* HOFFMAN, JUDGE, ET AL.; and

No. 398, Misc.   IN RE KNIGHT.   The motions for leave to file petitions for writs of mandamus are severally denied.

*Certiorari Granted.*

No. 506.   UNITED STATES EX REL. JOHNSON *v.* WATKINS, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION.   C. A. 2d Cir.   Certiorari granted.   *Gunther Jacobson* for petitioner.   *Solicitor General Perlman, Robert W. Ginnane* and *Robert S. Erdahl* for respondent.

*Certiorari Denied.   (See also No. 517, supra.)*

No. 453.   WADE *v.* MICHIGAN.   Recorder's Court of Detroit, Michigan.   Certiorari denied.   *Larry S. Davidow* and *Anne R. Davidow* for petitioner.   *Stephen J. Roth,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 502.   KOEHNE ET AL. *v.* MATTHEWS, U. S. MARSHAL, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Ira Chase Koehne* and *Orille C. Gaudette* for petitioners.   *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for respondents.

No. 513.   BURNHAM CHEMICAL Co. *v.* BORAX CONSOLIDATED, LTD. ET AL.   C. A. 9th Cir.   Certiorari denied.   *Thurman Arnold, Sterling Carr* and *Walton Hamilton* for petitioner.   *Maurice E. Harrison, Moses Lasky* and

*Paul Sandmeyer* for Borax Consolidated, Ltd. et al.; and *Joseph W. Burns, Michael F. McCarthy* and *Charles A. Beardsley* for American Potash & Chemical Corp., respondents.

No. 515. WALKER *v.* GALT ET AL. C. A. 5th Cir. Certiorari denied. *Thomas H. Anderson* for petitioner. *C. A. Hiaasen* for respondents.

No. 518. ATLANTIC FREIGHT LINES, INC. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. Superior Court of Pennsylvania. Certiorari denied. *Laurence H. Eldredge* and *Dean D. Sturgis* for petitioner. *Charles E. Thomas* for Pennsylvania Public Utility Commission; and *Harold S. Shertz* for Super Highway Express, Inc. et al., respondents.

No. 521. SMITH ET AL. *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *R. Palmer Ingram* and *T. Barton Harrington* for petitioners. *Hall Hammond,* Attorney General, and *Harrison L. Winter,* Assistant Attorney General, for respondent.

No. 541. TURNER COUNTY, SOUTH DAKOTA, *v.* MILLER. C. A. 8th Cir. Certiorari denied. *Dwight Campbell* and *T. M. Bailey* for petitioner. *Roy E. Willy* for respondent.

No. 221, Misc. PATRICK ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioners *pro se.* Solicitor General *Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.